

# Fourth Court of Appeals
## San Antonio, Texas

August 1, 2022

No. 04-22-00259-CR

**EX PARTE** Juan Gabriel Colorado **CARRILLO**

From the County Court, Kinney County, Texas
Trial Court No. 10367CR
Honorable Roland Andrade, Judge Presiding

# O R D E R

The State of Texas has filed a motion for an extension of time to file its brief, requesting until August 5, 2022. We **grant** the motion and **order** the State to file its brief no later than **August 5, 2022**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of August, 2022.



_____
Michael A. Cruz,
Clerk of Court